**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 15-cr-00427-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO ARIAS-ACEVEDES,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on January 8, 2015, it is hereby

ORDERED that Defendant Armando Arias-Acevedes is sentenced to **TIME SERVED.**

DATED:  January 8, 2016

                          BY THE COURT:

                          *[signature]*
                          CHRISTIME M. ARGUELLO
                          United States District Judge